

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: David Hoyos Amado

Civil Action No.   25-cv-2687-LL-DDL

Plaintiff,

V.

Respondent: See Attachment

JUDGMENT IN A CIVIL CASE

Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART and DENIES IN PART Petitioner's Writ of Habeas Corpus. The Petition is GRANTED as to Petitioner's request for a bond hearing and DENIED as to Petitioner's request for immediate release from custody. Accordingly, within ten (10) days of the date of service of this order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge. Because the Court has ruled on Petitioner's underlying writ of habeas corpus, the motion for TRO is DENIED AS MOOT. The Petition is DENIED in all other respects.

Date:        11/4/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  B. Chandler

B. Chandler, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  25-cv-2687-LL-DDL

Respondent:
United States Department of Justice; Todd Lyons, Immigration and Customs Enforcement; Christopher J. LaRose, Senior Warden of Otay Mesa Detention Center; Pam Bondi, Attorney General